# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (BLS) |
| | : |
| Debtor. | : |
| | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| | : |
| Plaintiff, | : Adv. Proc. No.: 19-50855 (BLS) |
| v. | : |
| Peter Greenberg, | : |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

\_\_\_\_\_    Mediation sessions are scheduled to occur on

\_\_\_\_\_    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

\_\_X\_\_    OTHER: Mediation sessions took place on February 16, 2021. The mediator continues to work with the parties to resolve the matter.

Dated: March 15, 2021         */s/ Ian Connor Bifferato*
                              Ian Connor Bifferato (DE #3273)
                              The Bifferato Firm P.A.
                              1007 N. Orange Street, 4th Floor
                              Wilmington, DE 19801