# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (JKS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-50855 (JKS) |
| v. | |
| Peter Greenberg, | |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____    Mediation sessions are scheduled to occur on

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER:  Mediation sessions took place on February 16, 2021.  The mediator continues to work with the parties to resolve the matter.

Dated: May 14, 2021                             */s/ Ian Connor Bifferato*
                                                      Ian Connor Bifferato (DE #3273)
                                                      The Bifferato Firm P.A.
                                                      1007 N. Orange Street, 4th Floor
                                                      Wilmington, DE  19801